IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

**ASHLEY RYAN HOLDER,**     *     CASE NO. 13-10355
                                                    *
**Debtor.**     *     **CHAPTER 13**

## NOTICE OF FILING AMENDED PLAN

COMES NOW the Debtor, by and through the undersigned, and amends his Plan as follows:

1. By disclosing that the Debtor has an ongoing domestic support obligation to Celeste Slater and that he will continue to make his ongoing domestic support obligation to Ms. Slater directly outside the Chapter 13 Plan.

2. Attached hereto you will find a copy of the Debtor's Amended Plan.

RESPECTFULLY SUBMITTED 21st day of May, 2013.

                                                         BROCK & STOUT

                                                         /s/ Jennifer R. Stanley
                                                         Jennifer R. Stanley {STA096}
                                                         Attorney for Debtor
                                                         Post Office Drawer 311167
                                                         Enterprise, Alabama 36331-1167
                                                         (334) 393-4357
                                                         (334) 393-0026 FAX
                                                         brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 21st day of May, 2013.

| | |
|---|---|
| Teresa R. Jacobs<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Curtis C. Reding<br>Chapter 13 Trustee<br>Trustees_ofc@ch13mdal.com |

Celeste Slater
3301 Kessock Ridge Trail
Snellville, GA 33039

                                                             /s/ Jennifer R. Stanley
                                                             Jennifer R. Stanley {STA096}
                                                             Attorney for Debtor