UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                       Case No. 13−10355
                                                            Chapter 13
Ashley Ryan Holder

    Debtor

# ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Capital One, N.A.*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007−1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

    Done this 20th day of November, 2013.

                                                      /s/ Honorable William R. Sawyer
                                                      United States Bankruptcy Judge